**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: LARSON, RICHARD G JR § | Case No. 10-31917-JS |
|       LARSON, MARTHA § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of U.S. Bankruptcy Court
    219 S. Dearborn Street
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 04/15/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/16/2011          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                    Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: LARSON, RICHARD G JR § | Case No. 10-31917-JS |
| LARSON, MARTHA § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,000.09 |
| *and approved disbursements of* | $ 9.22 |
| *leaving a balance on hand of* [1] | $ 13,990.87 |
| **Balance on hand:** | $ 13,990.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,990.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 2,150.01 | 0.00 | 2,150.01 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 1,465.00 | 0.00 | 1,465.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 35.32 | 0.00 | 35.32 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,650.33 |
| Remaining balance: | $ 10,340.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,340.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 10,340.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 136,999.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,131.12 | 0.00 | 764.69 |
| 2 | USAA FEDERAL SAVINGS BANK | 27,936.46 | 0.00 | 2,108.61 |
| 3 | Chase Bank USA, N.A. | 15,025.68 | 0.00 | 1,134.12 |
| 4 | Chase Bank USA, N.A. | 28,972.02 | 0.00 | 2,186.76 |
| 5 | Chase Bank USA, N.A. | 18,562.42 | 0.00 | 1,401.06 |
| 6 | Chase Bank USA, N.A. | 7,317.62 | 0.00 | 552.32 |
| 7 | Fia Card Services, NA/Bank of America | 5,019.11 | 0.00 | 378.83 |
| 8 | Fia Card Services, NA/Bank of America | 14,647.82 | 0.00 | 1,105.60 |
| 9 | Fia Card Services, NA/Bank of America | 9,387.42 | 0.00 | 708.55 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 10,340.54 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                                 Case No. 10-31917-JHS
Richard G. Larson                                                      Chapter 7
Martha A. Larson
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: preed                Page 1 of 2              Date Rcvd: Mar 17, 2011
                              Form ID: pdf006            Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2011.
```
db/jdb    +Richard G. Larson, Jr.,   Martha A. Larson,   719 W. Lynwood Lane,   Wheaton, IL 60189-6308
aty       +Ariane Holtschlag,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
            Orland Park, IL 60462-3760
aty       +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
            Orland Park, IL 60462-3760
aty       +David P Lloyd,   Grochocinski Grochocski and Lloyd Ltd,   1900 Ravinia Road,
            Orland Park, IL 60462-3760
aty       +Donna B Wallace,   Joseph A Baldi & Associates, PC,   19 S Lasalle Street Suite 1500,
            Chicago, IL 60603-1413
aty       +Kathleen McGuire,   Grochocinski, Grochocinski & Lloyd, Ltd,   1900 Ravinia Place,
            Orland Park, IL 60462-3760
tr        +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
            Orland Park, IL 60462-3760
15863786  +5/3 Bank Cc,   38 Fountain Square,   Cincinnati, OH 45263-0001
15863787   Aes/nct,   Reinsurance Dept Bankruptcy,   Unit 120 N 7th,   St Harrisburg, PA 17102
15863788  +Aes/wells Fargo,   1200 N. 7th St.,   Harrisburg, PA 17102-1419
15863789   Bank Of America,   4060 Ogletown/Stanton Rd,   Newark, DE 19713
15863790  +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
15863792   Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
15863791   Bank of America,   PO Box 15027,   Wilmington, DE 19850-5027
15863793  +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
15863794   Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
16184352   Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15863795  +Codilis & Associates, P.C.,   15W030 North Frontage Road,   Suite 100,
            Burr Ridge, IL 60527-6921
15863799   EMC Mortgage Corp.,   Customer Service Dept.,   PO Box 293150,   Lewisville, TX 75029-3150
15863798  +Emc Mortgage,   Attention: Bankruptcy Clerk,   Po Box 293150,   Lewisville, TX 75029-3150
15863800  +GMAC,   Attention: Bankruptcy Dept.,   1100 Virginia Drive,   Fort Washington, PA 19034-3204
15863801   GMAC Mortgage,   Attn: Customer Care,   PO Box 1330,   Waterloo, IA 50704-1330
15863802   GMAC Mortgage,   Attn: Customer Care,   PO Box 4622,   Waterloo, IA 50704-4622
15863803  +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
16112206  +USAA FEDERAL SAVINGS BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
            SEATTLE, WA 98121-3132
15863804  +USAA Federal Savings Bank,   10750 Mcdermott Fwy,   San Antonio, TX 78288-1600
15863805   USAA Savings Bank,   PO Box 14050,   Las Vegas, NV 89114-4050
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15863796    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 18 2011 01:26:54     Discover Card,
            P.O. Box 30943,   Salt Lake City, UT 84130
16090941    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 18 2011 01:26:54     Discover Bank,
            Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15863797   +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 18 2011 01:26:54     Discover Fin,
            Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
16486528    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 18 2011 01:26:11
            Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
            Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Grochocinski, Grochocinski & Lloyd, Ltd
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: preed              Page 2 of 2              Date Rcvd: Mar 17, 2011
                              Form ID: pdf006          Total Noticed: 31

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2011**              **Signature:**    *Joseph Speetjens*