# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: LARSON, RICHARD G JR | § Case No. 10-31917-JS |
| LARSON, MARTHA | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,876.00 *(without deducting any secured claims)* | Assets Exempt: $23,174.66 |
| Total Distribution to Claimants: $10,340.69 | Claims Discharged Without Payment: $141,506.98 |
| Total Expenses of Administration: $3,659.55 | |

3) Total gross receipts of $ 14,000.24 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,000.24 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $498,028.00 | $498,028.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,659.55 | 3,659.55 | 3,659.55 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 151,847.67 | 151,847.67 | 10,340.69 |
| **TOTAL DISBURSEMENTS** | $0.00 | $653,535.22 | $653,535.22 | $14,000.24 |

4) This case was originally filed under Chapter 7 on July 19, 2010. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2011          By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 TOYOTA HIGHLANDER | 1129-000 | 14,000.00 |
| Interest Income | 1270-000 | 0.24 |
| **TOTAL GROSS RECEIPTS** | | **$14,000.24** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| SCHED | EMC MORTGAGE | 4110-000 | 0.00 | 451,455.00 | 451,455.00 | 0.00 |
| SCHED | GMAC | 4110-000 | 0.00 | 46,573.00 | 46,573.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$498,028.00** | **$498,028.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 2,150.01 | 2,150.01 | 2,150.01 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 1,465.00 | 1,465.00 | 1,465.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 35.32 | 35.32 | 35.32 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.22 | 9.22 | 9.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,659.55 | 3,659.55 | 3,659.55 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 0.00 | 10,131.12 | 10,131.12 | 764.70 |
| 2 | USAA FEDERAL SAVINGS BANK | 7100-000 | 0.00 | 27,936.46 | 27,936.46 | 2,108.63 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 0.00 | 15,025.68 | 15,025.68 | 1,134.13 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 0.00 | 28,972.02 | 28,972.02 | 2,186.80 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 0.00 | 18,562.42 | 18,562.42 | 1,401.09 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 0.00 | 7,317.62 | 7,317.62 | 552.33 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | 0.00 | 5,019.11 | 5,019.11 | 378.84 |
| 8 | Fia Card Services, NA/Bank of America | 7100-000 | 0.00 | 14,647.82 | 14,647.82 | 1,105.61 |
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | 0.00 | 9,387.42 | 9,387.42 | 708.56 |
| SCHED | 5/3 BANK | 7100-000 | 0.00 | 79.00 | 79.00 | 0.00 |
| SCHED | AES/NCT | 7100-000 | 0.00 | 14,681.00 | 14,681.00 | 0.00 |
| SCHED | HSBC BANK | 7100-000 | 0.00 | 88.00 | 88.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 151,847.67 | 151,847.67 | 10,340.69 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-31917-JS  
**Case Name:** LARSON, RICHARD G JR  
               LARSON, MARTHA  
**Period Ending:** 06/13/11

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 07/19/10 (f)  
**§341(a) Meeting Date:** 08/26/10  
**Claims Bar Date:** 11/30/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 220 E UNION AVENUE, WHEATON, IL | 456,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNTS/SAVINGS | 670.74 | 0.00 | | 0.00 | FA |
| 3 | SECURITY DEPOSIT | 2,001.00 | 0.00 | DA | 0.00 | FA |
| 4 | FURNITURE | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | FLAT SCREEN TV | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | ART | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | BOOKS | 200.00 | 0.00 | | 0.00 | FA |
| 8 | DVDS | 25.00 | 0.00 | DA | 0.00 | FA |
| 9 | CLOTHING | 150.00 | 0.00 | | 0.00 | FA |
| 10 | WEDDING RINGS | 200.00 | 0.00 | | 0.00 | FA |
| 11 | LIFE INSURANCE POLICIES | 3,590.00 | 0.00 | | 0.00 | FA |
| 12 | ANNUITY | 1,528.79 | 0.00 | | 0.00 | FA |
| 13 | IRA | 902.16 | 0.00 | | 0.00 | FA |
| 14 | PENSION PLAN | 1,229.89 | 0.00 | | 0.00 | FA |
| 15 | RETIREMENT ANNUITY | 2,611.61 | 0.00 | | 0.00 | FA |
| 16 | VETERANS PENSION | 1,291.00 | 0.00 | | 0.00 | FA |
| 17 | A/RS | 2,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2005 TOYOTA HIGHLANDER | 15,000.00 | 14,599.53 | | 14,000.00 | FA |
| 19 | 2006 VOLKSWAGON GOLF TDI | 8,000.00 | 0.00 | | 0.00 | FA |
| 20 | COMPUTERS | 400.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.24 | FA |
| 21 | Assets   Totals (Excluding unknown values) | $496,650.19 | $14,599.53 | | $14,000.24 | $0.00 |

**Major Activities Affecting Case Closing:**

    REVIEWING TAX RETURNS AND CLAIMS

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-31917-JS  
**Case Name:** LARSON, RICHARD G JR  
              LARSON, MARTHA  
**Period Ending:** 06/13/11

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 07/19/10 (f)  
**§341(a) Meeting Date:** 08/26/10  
**Claims Bar Date:** 11/30/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 30, 2011      **Current Projected Date Of Final Report (TFR):** March 16, 2011 (Actual)

Printed: 06/13/2011 10:45 AM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-31917-JS  
**Case Name:** LARSON, RICHARD G JR  
LARSON, MARTHA  
**Taxpayer ID #:** **-***4331  
**Period Ending:** 06/13/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******53-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/11 | {18} | RICHARD LARSON | PURCHASE OF INTEREST IN 2005 HIGHLANDER | 1129-000 | 14,000.00 | | 14,000.00 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-31917, Bond#016026455 | 2300-000 | | 9.22 | 13,990.78 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,990.87 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,990.98 |
| 04/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 13,991.02 |
| 04/14/11 | | To Account #9200******5366 | transfer funds to prepare for final distribution | 9999-000 | | 13,991.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,000.24 | 14,000.24 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,991.02 | |
| | | | **Subtotal** | | 14,000.24 | 9.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,000.24** | **$9.22** | |

{} Asset reference(s)     Printed: 06/13/2011 10:45 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-31917-JS  
**Case Name:** LARSON, RICHARD G JR  
LARSON, MARTHA  
**Taxpayer ID #:** **-***4331  
**Period Ending:** 06/13/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******53-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/14/11 | | From Account #9200******5365 | transfer funds to prepare for final distribution | 9999-000 | 13,991.02 | | 13,991.02 |
| 04/19/11 | 101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $2,150.01, Trustee Compensation;  Reference: | 2100-000 | | 2,150.01 | 11,841.01 |
| 04/19/11 | 102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $1,465.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,465.00 | 10,376.01 |
| 04/19/11 | 103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $35.32, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 35.32 | 10,340.69 |
| 04/19/11 | 104 | Discover Bank | Dividend paid   7.54% on $10,131.12; Claim# 1; Filed: $10,131.12; Reference: | 7100-000 | | 764.70 | 9,575.99 |
| 04/19/11 | 105 | USAA FEDERAL SAVINGS BANK | Dividend paid   7.54% on $27,936.46; Claim# 2; Filed: $27,936.46; Reference: | 7100-000 | | 2,108.63 | 7,467.36 |
| 04/19/11 | 106 | Chase Bank USA, N.A. | Dividend paid   7.54% on $15,025.68; Claim# 3; Filed: $15,025.68; Reference: | 7100-000 | | 1,134.13 | 6,333.23 |
| 04/19/11 | 107 | Chase Bank USA, N.A. | Dividend paid   7.54% on $28,972.02; Claim# 4; Filed: $28,972.02; Reference: | 7100-000 | | 2,186.80 | 4,146.43 |
| 04/19/11 | 108 | Chase Bank USA, N.A. | Dividend paid   7.54% on $18,562.42; Claim# 5; Filed: $18,562.42; Reference: | 7100-000 | | 1,401.09 | 2,745.34 |
| 04/19/11 | 109 | Chase Bank USA, N.A. | Dividend paid   7.54% on $7,317.62; Claim# 6; Filed: $7,317.62; Reference: | 7100-000 | | 552.33 | 2,193.01 |
| 04/19/11 | 110 | Fia Card Services, NA/Bank of America | Dividend paid   7.54% on $5,019.11; Claim# 7; Filed: $5,019.11; Reference: | 7100-000 | | 378.84 | 1,814.17 |
| 04/19/11 | 111 | Fia Card Services, NA/Bank of America | Dividend paid   7.54% on $14,647.82; Claim# 8; Filed: $14,647.82; Reference: | 7100-000 | | 1,105.61 | 708.56 |
| 04/19/11 | 112 | Fia Card Services, NA/Bank of America | Dividend paid   7.54% on $9,387.42; Claim# 9; Filed: $9,387.42; Reference: | 7100-000 | | 708.56 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 13,991.02 | 13,991.02 | $0.00 |
| Less: Bank Transfers | 13,991.02 | 0.00 | |
| **Subtotal** | 0.00 | 13,991.02 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$13,991.02** | |

{} Asset reference(s)    Printed: 06/13/2011 10:45 AM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-31917-JS  
**Case Name:** LARSON, RICHARD G JR  
LARSON, MARTHA  
**Taxpayer ID #:** **-***4331  
**Period Ending:** 06/13/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******53-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 14,000.24  
――――――――  
Net Estate : $14,000.24

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******53-65** | 14,000.24 | 9.22 | 0.00 |
| **Checking # 9200-******53-66** | 0.00 | 13,991.02 | 0.00 |
| | $14,000.24 | $14,000.24 | $0.00 |

{} Asset reference(s)

Printed: 06/13/2011 10:45 AM    V.12.56